IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BETTY L. RINER, CHARLES M. )
PUGH, JR., and LYNNE B. )
WILLIAMS, )
 )
    Plaintiffs, ) CASE NO. CV414-270
 )
v. )
 )
CORIZON HEALTH, INC.; JENNIFER )
CHAMBERS; DAN BURCHFIELD; JANE )
LACHNER; CARL DELL; and )
VIRGINIA O'NEILL; )
 )
    Defendants. )
 )

## O R D E R

Before the Court is Plaintiffs' Notice of Dismissal. (Doc. 9.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE** as requested by Plaintiffs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of January 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA